In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00073-CV
_____

**SHERYL JOHNSON-TODD, Appellant**

**V.**

**JOHN S. MORGAN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 126,841**

**ORDER**

Sheryl Johnson-Todd filed a motion to stay all trial court hearings, orders, or actions to enforce the trial court's February 2, 2015 temporary injunction, or to sanction any party or attorney for alleged disobedience of the temporary injunction during the pendency of this interlocutory appeal from the order granting a temporary injunction. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4) (West 2015). The appellee, John S. Morgan, filed a response.

"While an appeal from a temporary order is pending, only the appellate court in which the appeal is pending may enforce the order." Tex. R. App. P. 29.4. When an accelerated appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the motion and response, we find that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(b).

It is ORDERED that all trial court hearings, orders, or actions to enforce the trial court's February 2, 2015 temporary injunction, or to sanction any party or attorney for alleged disobedience of the temporary injunction during the pendency of this interlocutory appeal in Cause No. 126,841 are STAYED until our Opinion issues or until this Court refers the matter to the trial court for enforcement. *See* Tex. R. App. P. 29.3; *see also* Tex. R. App. P. 29.4.

ORDER ENTERED March 2, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2